# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| FELICIA M. DESIMINI   *In pro se* )<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>JOHN F. DURKIN Jr. )<br>An Individual )<br>)<br>WILSON BUSH DURKIN & KEEFE PC )<br>a Professional Corporation )<br>)<br>)<br>*Defendant(s)* | Civil Action No. Case 1:14-cv-00112-JD |

## NOTICE OF INTENT TO REPLY

Now comes the Plaintiff, Felicia M. Desimini, *in pro-se*, and accordingly does state that she intends to file her Memorandum in Support of her Motion to Strike Defendants Affirmative Defenses within the requisite 14 days per LR 7.1(e)(1) of the Fed. R. Civ. P.

Respectfully submitted,

Date: April 19, 2014               /s/ *Felicia M. Desimini*
FELICIA M. DESIMINI in pro se

Address: 4409 E CRANE RD

WASILLA AK, 99654

email address  feliciadesimini@gmail.com

Telephone No.  907-631-3531

CERTIFICATE OF SERVICE

I, Felicia M. Desimini, hereby certify that a copy of the foregoing was transmitted to Defendant's attorney(s) Joseph G. Mattson of Wadleigh, Starr & Peters, PLLC, via the ECF system, this day.

Date: April 19, 2014  /s/  *Felicia M. Desimini*