# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| FELICIA M. DESIMINI   *In pro se*<br><br>*Plaintiff(s)*<br>v.<br>JOHN F. DURKIN Jr.<br>An Individual<br><br>WILSON BUSH DURKIN & KEEFE PC<br>a Professional Corporation<br><br>*Defendant(s)* | Civil Action No. Case 1:14-cv-00112-JD |

## MOTION TO APPEAR TELEPHONICALLY

Now comes the Plaintiff, Felicia M. Desimini, *in pro-se*, and in support of her motion within does state;

1. Attorney Joseph G. Mattson does assent to this motion for the upcoming hearing,
2. Plaintiff does live in Wasilla Alaska and to have fly down for administrative hearings would cause a hardship on the Plaintiff.
3. Plaintiff respectfully requests this Honorable Court allow her to appear telephonically for the upcoming hearing.

Respectfully submitted,

Date: April 20, 2014

/s/ *Felicia M. Desimini*
FELICIA M. DESIMINI in pro se
Address: 4409 E CRANE RD
WASILLA AK, 99654
email address  feliciadesimini@gmail.com
Telephone No.  907-631-3531

CERTIFICATE OF SERVICE

I, Felicia M. Desimini, hereby certify that a copy of the foregoing was transmitted to Defendant's attorney(s) Joseph G. Mattson of Wadleigh, Starr & Peters, PLLC, via the ECF system, this day.

Date: April 20, 2014  /s/  *Felicia M. Desimini*