# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Felicia Desimini**<br><br>　　　　　　**Plaintiff**<br><br>　　v.<br><br>**John F. Durkin, Jr. and**<br>**Wilson, Burke, Durkin & Keefe, P.C.**<br><br>　　　　　　**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>) Docket No. 1:14-CV-00112-JD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCOVERY PLAN
## Fed. R. Civ. P. 26(f)

**DATE/PLACE OF CONFERENCE:**

　　Electronic correspondence completed by April 30, 2014

**COUNSEL PRESENT/REPRESENTING:**

　　**Plaintiff:**　　Felicia Desimini, *pro se*

　　**Defendant:**　　Jeffrey H. Karlin, Esq. and

　　　　　　　　　　Joseph G. Mattson, Esq.

## CASE SUMMARY

**PLAINTIFF'S THEORY OF LIABILITY:**

Plaintiff seeks damages from Defendants for allegedly negligent representation during Plaintiff's divorce.

**DEFENDANT'S THEORY OF DEFENSE:**

Defendants provided legal representation that was reasonable, appropriate, and consistent with the standard of care.

**DAMAGES:**

Plaintiff claims she is entitled to consequential damages as a result of the alleged malpractice.

**DEMAND:**

Plaintiff shall make a demand on or before September 1, 2014.

**OFFER:**

Defendant shall respond to Plaintiff's demand on or before October 15, 2014.

**JURISDICTIONAL QUESTIONS:**

The parties do not anticipate any jurisdictional questions.

**QUESTIONS OF LAW:**

The parties anticipate no questions of law at this time.

**TYPE OF TRIAL:**   Jury trial.

## DISCOVERY

**TRACK ASSIGNMENT:**

Standard

**DISCOVERY NEEDED:**

The parties anticipate exchanging interrogatories and requests for production, as well as taking depositions.

**MANDATORY DISCLOSURES (Fed. R. Civ. P. 26(a)(1)):**

The parties shall serve mandatory disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than June 2, 2014.

**ELECTRONIC INFORMATION DISCLOSURES (Fed. R. Civ. P. 26(f):**

The parties shall confer in good faith and agree to allow electronic discovery in a manner proportional to the issues in this case.

**STIPULATION REGARDING CLAIMS OF PRIVILEGE/PROTECTION OF TRIAL PREPARATION MATERIALS (Fed. R. Civ. P. 26(f):**

The parties agree that the inadvertent disclosure of privileged information does not constitute a waiver and that, if notice of inadvertent disclosure is given pursuant to Fed. R. Civ. P. 26(b)(5), the party receiving the privileged information will promptly return the specified information together with any copies, and will not use or disclose the information for any purpose.  To the extent the information has already been disclosed by the receiving party, the party shall take reasonable measures to retrieve the information or halt its further use or

distribution.  If the parties are unable to agree on a claim of privilege, the issue may be submitted to the Court for resolution by proper motion.

**COMPLETION OF DISCOVERY:**

Fact discovery shall be completed by January 5, 2015.

**INTERROGATORIES:**

There shall be a maximum of twenty five interrogatories by each party to the other party. Responses shall be due thirty days after service of interrogatories unless otherwise agreed.

**REQUESTS FOR ADMISSION:**

There shall be a maximum of twenty five requests for admission by each party to the other party.  Responses shall be due thirty days after service of requests for admission unless otherwise agreed.

**DEPOSITIONS:**

The parties agree to follow the default rules governing deposition practice set forth in the Federal Rules of Civil Procedure.

**DATES OF DISCLOSURE OF EXPERTS AND EXPERTS' WRITTEN REPORTS AND SUPPLEMENTATIONS:**

Plaintiff shall disclose her expert witness(es) and his/their reports no later than August 4, 2014.  Defendants shall disclose their expert witness(es) and his/their reports no later than October 6, 2014.

**CHALLENGES TO EXPERT TESTIMONY:**

November 3, 2014.

## **OTHER ITEMS**

**DISCLOSURE OF CLAIMS AGAINST UNNAMED PARTIES:**

The parties will identify whether any third party is liable for the alleged damages on or before September 8, 2014.

**JOINDER OF ADDITIONAL PARTIES:**

The parties shall file all motions, if any, pursuant to Fed. R. Civ. P. 13(h), 19 and 20 no later than September 8, 2014.

**THIRD-PARTY ACTIONS:**

The parties shall file all motions, if any, pursuant to Fed. R. Civ. P. 14 no later than September 8, 2014.

**AMENDMENT OF PLEADINGS:**

The parties shall file all motions, if any, pursuant to Fed. R. Civ. P. 16 no later than September 8, 2014.

**DISPOSITIVE MOTIONS:**

The parties shall file Motions to Dismiss, if any, no later than September 8, 2014.

The parties shall file Motions for Summary Judgment, if any, no later than the close of discovery.

**SETTLEMENT POSSIBILITIES:**

At this time, the parties are uncertain as to whether settlement will be possible, but will certainly remain agreeable to good faith settlement.

**JOINT STATEMENT RE MEDIATION:**

The parties will pursue mediation if it appears reasonably likely to lead to a settlement.

**WITNESSES AND EXHIBITS:**

Due ten days before final pretrial conference, but not less than thirty days before trial for lists (included in final pretrial statements) and objections due fourteen days after service of final pretrial statement – set by clerk's notice of trial assignment.

**TRIAL ESTIMATE:**

The parties estimate the trial will take five days.

**TRIAL DATE:**

The parties request that trial be scheduled during the weeks of July 7 and July 13, 2015.

**PRELIMINARY PRETRIAL CONFERENCE:**

The parties do not believe a preliminary pretrial conference is needed.

**OTHER MATTERS:**

No other matters at this time.

Respectfully submitted,

**John F. Durkin, Jr. and
Wilson, Burke, Durkin & Keefe, P.C.**

By its Attorneys,
Wadleigh, Starr & Peters, PLLC

Date: May 1, 2014						By/s/ Joseph G. Mattson
		Jeffrey H. Karlin – NHBA#: 1311
		Joseph G. Mattson – NHBA#: 19287
		95 Market Street
		Manchester, NH  03101
		(603) 669-4140

## CERTIFICATION

I served a copy of the foregoing on Plaintiff Felicia Desimini, *pro se*, 4409 E. Crane Road, Wasilla, AK, 99654, via ECF, on May 1, 2014.

By:/s/ Joseph G. Mattson
		Joseph G. Mattson

g:\d52000\52157\pleadings\discovery plan.doc