UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| Felicia M. Desimini | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| John F. Durkin, Jr. | ) |
|     and | ) |
| Wilson, Bush, Durkin & | ) |
| Keefe, PC | ) |
|     Defendants | ) |

Civil Action No. 1:14-cv-00112-JD
DEMAND FOR JURY TRIAL

* * * * * * * * * * * * * * * * * * * *

## DEFENDANTS' NOTICE OF INTENT TO FILE A SURREPLY TO PLAINTIFF'S REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES

Defendants hereby give notice of their intent to file a surreply to Document No. 11,

Plaintiff's Reply to Defendants' Objection to Plaintiff's Motion to Strike Defendants'

Affirmative Defenses. See L.R. 7.1(e)(3).

Respectfully submitted,

**John F. Durkin, Jr. and**
**Wilson, Bush, Durkin & Keefe, PC**

By their Attorneys,

**Wadleigh, Starr & Peters, PLLC**

Date:  May 5, 2014, 2014

/s/ Joseph G. Mattson
Joseph G. Mattson, NHBA #19287
95 Market Street
Manchester, NH  03101
(603) 669-4140
jkarlin@wadleighlaw.com

## __CERTIFICATION__

I served a copy of the foregoing on Plaintiff Felicia Desimini, *pro se*, 4409 E. Crane Road, Wasilla, AK, 99654, via ECF, on May 5, 2014.

By:/s/ Joseph G. Mattson
Joseph G. Mattson

G:\D52000\52157\pleadings\Defendants' Notice of Intent to File Reply re motion to strike.docx