UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
Felicia M. Desimini            )
    Plaintiff               )
                               )
v.                             )
                               )
John F. Durkin, Jr.            )
    and                        )    Civil Action No. 1:14-cv-00112-JD
Wilson, Bush, Durkin &         )    DEMAND FOR JURY TRIAL
Keefe, PC                      )
    Defendants              )
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY**

1.    Defendants John Durkin and Wilson, Burke, Durkin & Keefe, P.C. respectfully move for leave to file a Surreply to Plaintiff's Reply to Defendants' Objection to Plaintiff's Motion to Strike Defendants' Affirmative Defenses.

2.    Defendants' proposed surreply is attached as Exhibit 1.  See L.R. 7.1(e)(3).

3.    Defendants sought Plaintiff's assent to the relief this Motion seeks, but were unable to obtain Plaintiff's position relative to this Motion.  L.R. 7.1(c).

WHEREFORE, Defendants respectfully request that this Court.

A. Grant this Motion;

B. Issue an order allowing Defendants to file their Surreply; and

C. Grant such further relief as is reasonable and just.

Respectfully submitted,

**John F. Durkin, Jr. and
Wilson, Bush, Durkin & Keefe, PC**

By their Attorneys,

**Wadleigh, Starr & Peters, PLLC**

Date: May 14, 2014

/s/ Joseph G. Mattson
Joseph G. Mattson, NHBA #19287
95 Market Street
Manchester, NH 03101
(603) 669-4140
jmattson@wadleighlaw.com

CERTIFICATE OF SERVICE

I served a copy of the foregoing on Plaintiff Felicia Desimini, *pro se*, 4409 E. Crane Road, Wasilla, AK, 99654, via ECF, on May 14, 2014.

/s/ Joseph G. Mattson

G:\D52000\52157\pleadings\Def's Mot for Leave to File Surreply.docx