UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Felicia M. Desimini</u>

       v.                                 Civil No. 14-cv-112-JD

<u>John F. Durkin, Jr., et al.</u>

<u>O R D E R</u>

TO:   Plaintiff, Felicia M. Desimini

      Court records indicate the withdrawal of your attorney Janet Elizabeth Dutcher, Esq. and Marsha V. Kazarosian, Esq.

      You are herewith directed to advise this court by July 22, 2015, of the name of a new attorney or, in the alternative, of your decision to appear pro se (without counsel).  *See* Local Rule 83.6(b) and (d).  Understand that you are under no obligation to retain counsel; you may prosecute this case yourself.

      If no new appearance or other response is received within the time specified, the file will be referred to a judicial officer for further action, which may include a dismissal of the case.

                                                        By the Court,

                                                        <u>/s/ Kellie Otis</u>
                                                        Kellie Otis
                                                        Deputy Clerk

Date: July 1, 2015

cc:      Felicia M. Desimini, pro se
          Janet Elizabeth Dutcher, Esq.
          Marsha V. Kazarosian, Esq.
          Joseph Gardner Mattson, Esq.
          Jeffrey H. Karlin, Esq.