UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * *
Felicia M. Desimini                     )
Plaintiff                               )
                                        )
v.                                      )
                                        )
John F. Durkin, Jr.                     )
And                                     )       Civil Action No. 1:14-cv-00112-JD
Wilson, Bush, Durkin & Keefe, PC        )
Defendants                              )
* * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

Notice is given that the Plaintiff in the above entitled case hereby appeals to The United States

Court of Appeals for the District of New Hampshire from the ORDER of the District Court

entered in this action on July 1, 2015 allowing Plaintiff's Counsel to Withdraw.


Respectfully submitted this *Day: July 29, 2015*          *Signature: /s/Felicia M. Desimini*
                                                          *FELICIA M. DESIMINI in pro se*
                                                          *4409 E CRANE RD*
                                                          *WASILLA AK, 99654*
                                                          *feliciadesimini@gmail.com*
                                                          *907-631-3531*


CERTIFICATE OF SERVICE

I, Felicia M. Desimini, hereby certify that a copy of the foregoing was transmitted to Defendant's
attorney(s) Joseph G. Mattson of Wadleigh, Starr & Peters, PLLC, and Plaintiff's
Attorney Janet Dutcher of Kazarosian Costello & O'Donnell LLP via the ECF system, this day, July 29,
2015. By: */s/*Felicia M. Desimini