# United States Court of Appeals
## For the First Circuit

No. 15-1889

FELICIA M. DESIMINI,

Plaintiff, Appellant,

v.

JOHN F. DURKIN, JR.; WILSON, BUSH, DURKIN & KEEFE, PC; KAZAROSIAN, COSTELLO & O'DONNELL LLP,

Defendants, Appellees.

Before

Lynch, Thompson and Kayatta,
Circuit Judges.

**JUDGMENT**

Entered: July 5, 2016

    Plaintiff-Appellant Felicia Desimini's appeal from an interlocutory order of the district court dated July 1, 2015, is dismissed for lack of jurisdiction. See Awuah v. Coverall N. Am., Inc., 585 F.3d 479, 480 (1st Cir. 2009).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Felicia Desimini
Jeffrey Karlin
Joseph Mattson
Janet Dutcher
Marsha Kazarosian