UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Felicia M. Desimini ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| John F. Durkin, Jr. ) | |
| And ) | Civil Action No. 1:14-cv-00112-JD |
| Wilson, Bush, Durkin &Keefe, PC ) | |
| Defendants | |

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

Dated: 10/5/16

                                                    /s/ Felicia M. Desimini
                                                  Felicia M. Desimini
                                                  4409 E. Crane Rd.
                                                  Wasilla, AK 99654
                                                  907-631-3531

## CERTIFICATE OF SERVICE

     I, Felicia M. Desimini , hereby certify that on this  5  day of  October, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Defendant by electronically serving his counsel of record.

                                                  /s/ Felicia M. Desimini
                                                  Felicia M. Desimini