UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Felicia M. Desimini</u>

    v.                                            Civil No. 14-cv-112-JD

<u>John F. Durkin, Jr.</u>

## **MEDIATION REPORT**

The parties successfully resolved the case at mediation held on January 5, 2017. Consistent with the terms of the settlement agreement, the parties will file a stipulation of dismissal with prejudice signed by all parties upon payment of the settlement amount. This stipulation will be filed no later than March 24, 2017.

    **SO ORDERED.**

                                        /s/ Andrea K. Johnstone
                                        Andrea K. Johnstone
                                        United States Magistrate Judge

January 9, 2017

cc:  Felicia M. Desimini, pro se
      Jeffrey H. Karlin, Esq.