UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Felicia M. Desimini <br>     Plaintiff <br><br> v. <br><br> John F. Durkin, Jr. <br>     and <br> Wilson, Bush, Durkin & Keefe, PC <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:14-cv-00112-JD <br> )    DEMAND FOR JURY TRIAL <br> ) <br> ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

Pursuant to the Court's Order of January 9, 2017, the parties respectfully stipulate that the plaintiff has received payment of the settlement amount from the defendant and that the docket may now be marked dismissed with prejudice.

Respectfully submitted,

**John F. Durkin, Jr. and
Wilson, Bush, Durkin & Keefe, PC**

By their Attorneys,

**Wadleigh, Starr & Peters, PLLC**

Dated: February 2, 2017

/s/ Jeffrey H. Karlin
_____
Jeffrey H. Karlin             #1311
95 Market Street
Manchester, NH 03101
(603) 669-4140

Dated: _____

/s/ Felicia M. Desimini in pro-se
_____
Felicia M. Desimini            *Pro Se*