UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Felicia M. Desimini

    v.

John F. Durkin, Jr., et al.

Civil No. 14-cv-112-JD

**J U D G M E N T**

In accordance with the Order dated June 24, 2014, by District Judge Joseph A. DiClerico, Jr., and the Stipulation of Dismissal filed February 2, 2017, judgment is hereby entered.

          By the Court,

          /s/ Daniel J. Lynch
          Daniel J. Lynch
          Clerk of Court

Date: February 7, 2017

cc:    Marsha V. Kazarosian, Esq.
       Joseph Gardner Mattson, Esq.
       Jeffrey H. Karlin, Esq.